JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/8/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. FRANCIS MEDICAL CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>CAREMORE HEALTH PLAN, a California corporation and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendant. | Case No.:   2:15-cv-08415- MWF-AJW<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation IT IS HEREBY ORDERED THAT:

1. The entire action is hereby dismissed with prejudice as to all Defendants; and

2. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.

Dated: April 8, 2016

_____
Hon. Michael W. Fitzgerald
United States District Judge